UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHERLON ANTHONY HENDERSON,

    Defendant.

                                    /

Case No.: 1:10-pt-42

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action (ECF No. 17). The Report and Recommendation was duly served on the parties and shall be adopted immediately, subject to change should any timely objections be filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that defendant's conditions of supervision are modified as follows:

**1.     The defendant shall be placed on home detention with electronic monitoring for a period of three (3) months, as arranged by the probation officer. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at his place of**

**residence without any call forwarding, caller ID, call waiting, modems, answering machines, cordless telephones, or other special services for the above period. The defendant shall wear an electronic device, shall observe the program rules, and shall pay the costs of electronic monitoring, as directed by the probation officer.**

**2.     The defendant shall have a 10:00 p.m. daily curfew, and remain in his home until 6:00 a.m., unless approved in advance by the probation officer.**

**3.     The defendant shall not frequent any establishments whose primary purpose is the sale/serving of alcohol.**

**4.     The defendant shall only sleep/reside in a residence approved in advance by the probation officer.**

Dated:  November 10, 2011                    /s/ Paul L. Maloney
                                             Paul L. Maloney
                                             Chief United States District Judge